UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 5, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENT C. LETT,<br><br>Defendant. | Case Nos.<br>2:19-CR-00153-TLN and<br>2:19-CR-00154-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release BRENT C. LETT, Case Nos. 2:19-CR-00153-TLN and 2:19-CR-00154-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): Released pending disposition on March 26, 2020.

Issued at Sacramento, California on March 5, 2020 at 9:55 AM.

By: _[signature]_
District Judge Troy L. Nunley