1 MCGREGOR W. SCOTT
United States Attorney
2 AARON D. PENNEKAMP
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,                CASE NO. 2:19-CR-00153-TLN
                                                    2:19-CR-00154-TLN
12                        Plaintiff,
                                           STIPULATION TO CONTINUE DISPOSITION
13              v.                         HEARING; FINDINGS AND ORDER

14 BRENT C. LETT,                          DATE: March 26, 2019
                                           TIME: 9:30 a.m.
15                        Defendant.       COURT: Hon. Troy L. Nunley

16

17                                 **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.      This matter was previously before this Court on March 5, 2020 for an admit/deny hearing

21 regarding a Petition for Violation of Supervised Release filed with this Court on January 7, 2020. *See*

22 Dkt. Nos. 10, 11.

23        2.      At that admit/deny hearing, defendant admitted each of the three charges alleged in the

24 Petition for Violation of Supervised Release, and this matter was set for a disposition hearing regarding

25 defendant's admitted violations on March 26, 2019. *See id.* By that same previous order, and without

26 objection from the government, this Court ordered that the defendant be released from custody, pending

27 disposition of this matter. *See id.*

28        3.      Defendant's probation officer has informed the parties that the defendant currently is

STIPULATION CONTINUING DISPOSITION HEARING           1

performing well on supervised release, and that the officer has no objection to a continued disposition hearing in this matter.

    4.    In accordance with the Court's General Order No. 612, which authorizes the continuance of all criminal matters in this District to dates after May 1, 2020, the parties now stipulate and agree to continue the disposition hearing previously set in this case until May 21, 2020, at 9:30 a.m.

    IT IS SO STIPULATED.

Dated: March 19, 2020                    McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ AARON D. PENNEKAMP
                                          AARON D. PENNEKAMP
                                          Assistant United States Attorney

Dated: March 19, 2020                    /s/ DONALD P. DORFMAN
                                          DONALD P. DORFMAN
                                          Counsel for Defendant
                                          BRENT C. LETT

## FINDINGS AND ORDER

    IT IS SO FOUND AND ORDERED this 19th day of March, 2020.

_____
Troy L. Nunley
United States District Judge