McGREGOR W. SCOTT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00153-TLN |
| | 2:19-CR-00154-TLN |
| Plaintiff, | |
| | STIPULATION TO CONTINUE DISPOSITION |
| v. | HEARING; FINDINGS AND ORDER |
| BRENT C. LETT, | DATE: May 21, 2019 |
| | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was previously before this Court on March 5, 2020 for an admit/deny hearing regarding a Petition for Violation of Supervised Release filed with this Court on January 7, 2020. *See* Dkt. Nos. 10, 11.

2. At that admit/deny hearing, defendant admitted each of the three charges alleged in the Petition for Violation of Supervised Release, and this matter was set for a disposition hearing regarding defendant's admitted violations. *See id.* By that same previous order, and without objection from the government, this Court ordered that the defendant be released from custody, pending disposition of this matter. *See id.*

3. Defendant's probation officer has informed the parties that the defendant has continued to

perform well on supervised release pending his disposition hearing.  The probation officer reports that the defendant has a full-time job and a stable residence, and that he is checking in with her once per week.  As a result, the probation officer has no objection to a continued disposition hearing in this matter.

      4.    In accordance with the Court's General Order No. 617, which authorizes the continuance of all criminal matters in this District to dates after June 1, 2020, the parties now stipulate and agree to continue the disposition hearing previously set in this case until July 23, 2020, at 9:30 a.m.

      IT IS SO STIPULATED.

Dated:  May 14, 2020                                    McGREGOR W. SCOTT
                                                                                United States Attorney

                                                                                /s/ AARON D. PENNEKAMP
                                                                                AARON D. PENNEKAMP
                                                                                Assistant United States Attorney

Dated:  May 14, 2020                                    /s/ DONALD P. DORFMAN
                                                                                DONALD P. DORFMAN
                                                                                Counsel for Defendant
                                                                                BRENT C. LETT

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of May, 2020.

                                                                                Troy L. Nunley
                                                                                United States District Judge